UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------X
                               :
MING HOU                       :
                               :
v.                             :    Civil. No. 3:16CV01571(AWT)
                               :
CHAN CHUN                      :
                               :
-------------------------------X
```

### ORDER RE MOTION TO DISMISS

Defendant Chan Chun's Motion to Dismiss (Doc. No. 10) is hereby DENIED in part and GRANTED in part. The second claim for relief, the claim under the Connecticut Wage and Hour Law, is hereby DISMISSED.

The defendant argues that this action is barred by the two-year statute of limitations under 29 U.S.C. § 255. However, as the plaintiff explains in his opposition, he has alleged facts that are sufficient to state a claim for a willful violation, and there is a three-year statute of limitations for such a violation so the plaintiff's claim would not be time-barred.

The defendant's argument with respect to improper venue with respect to other claims hinges on the defendant's argument for the statute of limitations for the FLSA claim, so that argument also fails.

The defendant also argues that this case is barred by the prior pending action doctrine. However, the plaintiff explains,

the defendants in the two actions are not identical.  Rather, the plaintiff is pleading that defendant Chun was a joint employer and thus is jointly and severally liable to the plaintiff.

The plaintiff concedes that the statute of limitations for his second cause of action, the claim pursuant to the Connecticut Wage and Hour Law, has run.  Therefore the motion to dismiss is being granted with respect to that claim.

It is so ordered.

Dated at Hartford, Connecticut on this 21st day of September, 2017.

                              _____/s/AWT_____
                               Alvin W. Thompson
                            United States District Judge